Argued and submitted June 8, petition for judicial review dismissed July 18, 1990

In the Matter of the Compensation of
Isabel David Hernandez, Claimant.

Isabel David HERNANDEZ,
*Petitioner,*

*v.*

SAIF CORPORATION
and Martinez General Construction,
*Respondents.*

(89-0581M; CA A63091)

794 P2d 831

Darris K. Rowell, Salem, argued the cause for petitioner. With him on the brief was Olson, Rowell & Walsh, Salem.

Jerome Lidz, Assistant Attorney General, Salem, waived appearance for respondents.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

## PER CURIAM

Claimant petitions for review of an Own Motion order of the Workers' Compensation Board, assigning error to the Board's award of attorney fees.[1] ORS 656.278(3) provides, in part:

"The claimant has no right to appeal any order or award made by the board on its own motion, except when the order diminishes or terminates a former award."

The Board's order increased claimant's former award of compensation. Therefore, claimant has no right to seek review of the order.

Petition for judicial review dismissed.

---

[1] OAR 438-15-080 provides:

"If the Board orders increased compensation for temporary disability, the Board shall approve a fee of 25 percent of the increased compensation, not to exceed $1,050."

The Board approved "a reasonable attorney fee of 25 percent of the additional compensation awarded by the Board's order, not to exceed $150." Claimant assures us that the amount of the fee award was deliberate, not merely a typographical error.